1  ALLAN W. JANSEN (STATE BAR NO. 81992)
   ajansen@orrick.com
2  ANDRE DE LA CRUZ (STATE BAR NO. 245175)
   adelacruz@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   4 Park Plaza, Suite 1600
4  Irvine, CA  92614
   Telephone:  949-567-6700
5  Facsimile:   949-567-6710

6  Attorneys for Plaintiff
   Custom Comfort Mattress Company, Inc.
7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11 CUSTOM COMFORT MATTRESS              Case No.  CV09-2137 CAS (PJWx)
   COMPANY, INC., a California
12 corporation,                         **STIPULATION AND CONSENT
                                        ORDER GRANTING
13                 Plaintiff,           PERMANENT INJUNCTION
                                        AND DISMISSAL AGAINST
14       v.                             DEFENDANTS TRUDELL
                                        BROS. MATTRESS CO., INC.
15 TRUDELL BROS. MATTRESS CO.           AND MARK TRUDELL**
   INC., a California corporation;
16 MARK TRUDELL, an individual; and
   MAURICE TRUDELL, an individual,
17
                   Defendants.
18

19

20       This Stipulation and Consent Order for Permanent Injunction is made

21 between Plaintiff Custom Comfort Mattress Company, Inc. ("Custom Comfort" or

22 "Plaintiff") and Defendants Trudell Bros. Mattress Co. Inc. and Mark Trudell

23 ("Defendants") (collectively, "the Parties"), by and through their counsel with

24 reference to the following:

25       WHEREAS, Custom Comfort owns a trademark for the TRUDELL

26 MATTRESS mark on mattresses, as evidenced in U.S. Trademark Registration No.

27 2,950,476, and the goodwill associated therewith ("TRUDELL mark");

28 / / /

WHEREAS, on March 27, 2009, Custom Comfort filed a complaint against Defendants entitled *Custom Comfort Mattress Company, Inc. v. Trudell Bros. Mattress Co. Inc. et al.*, in the United States District Court for the Central District of California, Case No. CV09-2137 CAS (PJWx) ("the Action"), in which Custom Comfort alleged trademark infringement of Custom Comfort's Trudell mark in violation of the Lanham Act, false designation of origin in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), false advertising under Section 43(a) of the Lanham Act and California Business and Professions Code § 17500, common law trademark infringement, and unfair competition in violation of California Business and Professions Code § 17200 concerning certain mattresses designed, manufactured, distributed, marketed, advertised, sold, or offered for sale by Defendants;

WHEREAS, the Parties each now desire to resolve, compromise and settle the Action; and

WHEREAS, the Parties agree that a consent injunction relating to the manufacture, distribution, marketing, advertisement, offering for sale or sale by Defendants of mattresses under the TRUDELL mark or any other mark that is confusingly similar to Custom Comfort's TRUDELL mark is a necessary and material component of the settlement agreement;

NOW, THEREFORE, Custom Comfort and Defendants, without making any admissions regarding the allegations of this Action, by and through their counsel of record, hereby agree and stipulate that this Consent Injunction shall be entered as a permanent injunction in this Action as follows:

1.  Defendants and all of their officers, directors, employees, agents, servants, successors and assigns, and all persons in present or future active concert or participation with any of them are hereby permanently enjoined from future infringement of U.S. Trademark Registration No. 2,950,476 and the TRUDELL mark and from the continued use of the TRUDELL mark, or any other Custom

Comfort mark, in connection with the manufacturing, distribution, marketing, advertising, offering for sale or sale of any mattress and associated furniture.

2.  Defendants and all of their officers, directors, employees, agents, servants, successors and assigns, and all persons in present or future active concert or participation with any of them are hereby permanently enjoined from falsely advertising, whether explicitly or implicitly, that any or all Defendants sell mattresses that purport to incorporate, including but not limited to, "button-tufting," "cotton batting and upholstery," and "since 1974."

For purposes of this Order and Injunction, the term "advertising" shall encompass oral and written statements made in the context of commercial advertisement or promotion of Defendants' mattresses and associated furniture, for the purpose of influencing even a single potential customer to buy, or recommend the purchase of, Defendants' products.

3.  Defendants and all of their officers, directors, employees, agents, servants, successors, and assigns, and all persons in present or future active concert or participation with any of them are hereby permanently enjoined from using, directly or indirectly, Plaintiffs' trademarks, trade dress, or graphic designs on any of Defendants' storefronts or websites.  This Order does not prohibit Defendants from maintaining a website, so long as any website maintained by Defendants does not infringe on Plaintiffs' marks in any fashion.

4.  Defendants have certified that all specimens of any mattresses in its possession, custody and/or control that bear the TRUDELL mark, if any, or are in packaging depicting the TRUDELL mark, if any, shall be destroyed by May 15, 2009, and within ten business days thereafter supply Custom Comfort with an affidavit confirming that Defendants are not in possession, care, custody, or control of said items.

/ / /

/ / /

5.     Defendants have certified that all references to and images of mattresses bearing the TRUDELL mark, if any, have been removed from any and all Internet websites maintained by Defendants or on Defendants' behalf.

6.     Defendants and all of their officers, directors, agents, servants, employees, successors and assigns, and all persons in present or future active concert or participation with any of them are hereby permanently enjoined from: (a) representing that the Defendants are authorized to use Custom Comfort's TRUDELL mark, or that Defendants' products are licensed products; and (b) engaging in any other conduct that causes, or is likely to cause, confusion, mistake, deception, or misunderstanding as to the source, affiliation, connection or association of the Defendants' business and their products with Custom Comfort or their TRUDELL mark.

7.     Plaintiff acknowledges that individual Defendants may use their given names to identify themselves as respective business owner, officer, salesperson, or employee on any business card, letterhead, email, or other marketing literature used to sell mattresses so long as such use comports with the aforementioned provisions of this permanent injunction.

8.     Upon execution of this Stipulation by Parties' counsel, Plaintiff's counsel will file the Stipulation and upon entry of this Order, Plaintiff will immediately file a dismissal of all claims against Defendants with prejudice, each party to bear its own costs.  Notwithstanding the foregoing, the Parties stipulate and agree that the Court shall retain jurisdiction over this Action to entertain such

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1   further proceedings and to enter such further orders as may be necessary or

2   appropriate to implement and/or enforce the provisions of this Consent Injunction.

3        STIPULATED AND AGREED.

4   Dated:  April 21, 2009          ORRICK, HERRINGTON & SUTCLIFFE LLP

5

6                           By: _____/S/_____

7                             André De La Cruz

8                         Attorneys for Plaintiff
CUSTOM COMFORT MATTRESS

9                         COMPANY, INC.

10

11

12   Dated: April 20, 2009           SPRAY GOULD & BOWERS LLP

13

14                           By: _____/S/_____

15                             W. Glenn Johnson

16                         Attorneys for Defendants
TRUDELL BROS. MATTRESS CO. INC. and

17                         MARK TRUDELL

18

19   IT IS SO ORDERED.

20

21   Dated:_April 22, 2009         By:_____

22                        The Honorable Christina A. Snyder
United States District Court Judge

23

24

25

26

27

28