1  ALLAN W. JANSEN (STATE BAR NO. 81992)
   ajansen@orrick.com
2  ANDRÉ DE LA CRUZ (STATE BAR NO. 245175)
   adelacruz@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   4 Park Plaza, Suite 1600
4  Irvine, CA  92614
   Telephone:  949-567-6700
5  Facsimile:   949-567-6710

6  Attorneys for Plaintiff
   Custom Comfort Mattress Company, Inc.
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| CUSTOM COMFORT MATTRESS COMPANY, INC., a California corporation,<br><br>           Plaintiff,<br><br>     v.<br><br>MAURICE TRUDELL, an individual,<br><br>           Defendant. | Case No. CV 09-2137 CAS (PJWx)<br><br>**JOINT *EX PARTE* APPLICATION FOR PROTECTIVE ORDER BARRING ATTENDANCE OF ARMED PERSONNEL AT DEPOSITION OF MARK TRUDELL**<br><br>Judge:  Hon. Patrick J. Walsh<br>Crt Rm.:  827A |

OHS West:260692236.1                               JOINT EX PARTE APPLICATION

Plaintiff Custom Comfort Mattress Company, Inc. ("Custom Comfort") and Defendant Maurice Trudell (collectively "the Parties") hereby move this Court, pursuant to Rules 26(c)(1)(E) of the Federal Rules of Civil Procedure, to designate the persons who may be present while the deposition of Mr. Mark Trudell is conducted.

As set forth in the accompanying memorandum and the declaration of André De La Cruz, this application is made on the grounds that the Parties' respective counsel will be subjected to an unnecessarily hazardous environment at the deposition of Mr. Mark Trudell should he carry out his intention of hiring armed personnel to be present. In light of Mr. Trudell's looming deposition, presently scheduled for July 15, 2009, the Parties' request that the Court grant the *ex parte* relief.

As set forth in the accompanying declaration of André De La Cruz, defense counsel and Mr. Mark Trudell, have been given notice of this application pursuant to Local Rule 7-19.1. Counsel for Defendant does not oppose and, in fact, joins in seeking the requested relief. A proposed order has been submitted with this application.

Dated: July 10, 2009            ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ André De La Cruz
Allan W. Jansen
André De La Cruz
Attorneys for Plaintiff
Custom Comfort Mattress Company, Inc.

Dated: July 10, 2009            ALLESSI & BAYARD

/s/ Thomas Bayard
Thomas Bayard
Attorney for Defendant
Maurice Trudell

|  |  |
|---|---|
| | **ORDER RE JOINT *EX PARTE* APPLICATION FOR PROTECTIVE ORDER BARRING ATTENDANCE OF ARMED PERSONNEL AT DEPOSITION OF MARK TRUDELL**<br><br>Hon. Patrick J. Walsh |

The Court, having read and considered the *Joint Ex Parte Application for Protective Order Barring Attendance of Armed Personnel at Deposition of Mark Trudell* submitted by Plaintiff Custom Comfort Mattress Company, Inc. and Defendant Maurice Trudell (collectively "the Parties"), and for good cause shown, HEREBY grants the Parties' application, and designates the following individuals who may be present while the deposition of Mr. Mark Trudell is conducted:

1. Counsel for the Parties;
2. Mr. Mark Trudell;
3. Corporate representatives of Plaintiff Custom Comfort Mattress Company, Inc.; and
4. a court reporter.

No other individuals may be present while the deposition of Mr. Mark Trudell is conducted.

**IT IS SO ORDERED.**

Dated: July 14, 2009   _____
  Honorable Patrick J. Walsh
  United States Magistrate Judge